AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JONATHAN LUTHER JONES,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV6:16-032
CR6:09-041

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 18, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Jonathan Jones' § 2255 motion is DENIED, and this civil action stands CLOSED.

04/18/2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03